PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Arthur Muratovic                                   Cr.: 06-00776-001
                                                                     PACTS Number: 43798

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler
                                     United States District Judge

Date of Original Sentence: 01/08/07

Original Offense: Conspiracy to Possess with Intent to Distribute Oxycodone

Original Sentence: Imprisonment - 65 months; Supervised Release - 3 years; Special Assessment - $100

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/15/12

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special
      condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office
until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling,
domestic violence and/or anger management, as approved by the United States Probation Office, until
discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender was in prior treatment for bipolar disorder while under pretrial supervision, and he received
medication to treat his condition. He is presently requesting to return to treatment and to obtain
medication in order to treat ongoing symptoms of this disorder.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 07/23/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/30/12
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

Witness: _____  Signed: _____
United States Probation Officer          Probationer or Supervised Releasee
Carolyn S. Johnson                       Arthur Muratovic

7/17/12
DATE

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

CORNERSTONE COMMERCE CENTER
1201 NEW ROAD, SUITE 212
LINWOOD, NJ
(609) 867-7110
FAX: (609) 867-7118

July 23, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, NJ 07102-0999

**RE: ARTHUR MURATOVIC**
**DKT NO: 06-00776-001**
**REQUEST FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS**

Dear Judge Chesler:

The purpose of this correspondence is to respectfully request that a special condition be added to the terms of supervision for the above-referenced offender. The offender has agreed to submit to an assessment for mental health treatment, follow any treatment recommendations, and waive his right to a hearing. The following information is submitted as background information.

The above-referenced offender pleaded guilty to a single-count Information filed in the District of New Jersey, charging him with Conspiracy to Possess with Intent to Distribute Oxycodone. He was sentenced by this Court on January 8, 2006, to a term of imprisonment of 65 months, followed by a three year term of supervised release. At sentencing, the Court ordered that the offender comply with the standard conditions that have been adopted by the Court, as well as the following special conditions: Drug/alcohol testing and treatment as directed by the Probation Office, financial disclosure, cooperation with ICE; no new debt, and DNA collection. Additionally, the Court imposed a $100.00 special assessment.

On March 15, 2012, the offender was released to the community and supervision was initiated by our office. After establishing rapport with the offender, he discussed with the undersigned that he has a history of bipolar disorder, and he was receiving treatment and medication to effectively deal with such while under Pretrial Services supervision. He respectfully requested to return to treatment to address ongoing problems he faces due to this disorder (anxiety, depression) and he has waived his right to a court hearing to add a special condition for mental health treatment to his sentence. We have enclosed Probation Form 12B, "Request to Modify the Conditions of Supervision with Consent of the Offender, and the Probation Form 49, "Waiver of Hearing to Modify Conditions of Supervised Release." We would respectfully request that the Court modify the offender's sentence to add a Special Condition for Mental Health Treatment.

We remain available should Your Honor wish to discuss this matter further. The undersigned officer can be reached at (856) 655-1030.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Carolyn S. Johnson
U.S. Probation Officer