PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Arthur Muratovic            Cr.: 06-00776-001
                                              PACTS #: 43798

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler
                                     United States District Judge

Date of Original Sentence: 01/08/2007

Original Offense: Conspiracy to Possess with Intent to Distribute Oxycodone

Original Sentence: Imprisonment - 65 months; Supervised Release - 3 years; Special Assessment - $100

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/12/2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall pay a fine of $2,000.00. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $50.00, to commence 30 days after release from confinement."** |

On September 12, 2011, the offender was released from the custody to a detainer placed by Immigration and Customs Enforcement (ICE). He remained in their custody until they released him to the community on March 15, 2012. He was residing in the District of New Jersey from March until July 2012, at which time he was unable to remain at the residence in New Jersey due to pending eviction for non-payment of rent. On July 31, 2012, he was granted permission to stay temporarily with his brother, Ismet Muratovic, and his family at his home located at 750 Pelham Parkway South, Apartment 4V, Bronx, New York, while attempting to gain some stability as to a more permanent residence. We are in the process of requesting a short term period of courtesy supervision from the Eastern District of New York.

The undersigned has been actively working with this offender to provide additional stability and compliance with his conditions of supervision. On July 23, 2012, we petitioned the Court to add a special condition for mental health treatment, which was signed into effect by the Court on July 30, 2012. This was to allow the offender to engage in therapeutic counseling services for an existing bipolar diagnosis, and to obtain medication to stabilize his condition. We have also addressed his need to obtain identity documents, such as an Alien Registration Certificate with ICE and a driver's license, which he claims were lost after said documents were seized from his possession when he was arrested. Without such documents, and until stabilized on medication for the aforementioned bipolar disorder, the offender has been unable to

secure employment, which would allow him to pay monthly on his fine. Once he obtains these documents and stabilizes on medication, which we anticipate could take an additional 2 to 3 months, we would ask that his requirement to pay on his fine be reduced to a "good faith payment" of $10 per month, and that no adverse action be taken at this time due to non-payment of the fine to date. The offender has agreed to make a $10 fine payment forthwith, with some minimal financial assistance from his brother, and thereafter, agrees to make a $10 payment each month until his ability to pay increases.

U.S. Probation Officer Action:

The undersigned has been actively working with this offender to provide additional stability and compliance with his conditions of supervision. The probation officer will monitor the offender's ability to pay and shall submit an updated recommendation to the Court, once the offender has an increase in his ability to pay his fine. As such, we respectfully request that no adverse action be taken at this time.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 08/21/2012

[ ✓ ] The Court Concurs with the Above Recommendation of the Probation Officer.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/5/2012

Date